UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kody Plaza

Write the full name of each plaintiff.

No. **20-cv-3395**
(To be filled out by Clerk's Office)

-against-

D.O.C
Department of Corrections

N/A

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes   ☑ No

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☑ Other: __Care / Custody Control__

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

__Kal__          __Xavier__         __Plazet__
First Name      Middle Initial      Last Name

__Same__

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__3492000975__

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

__EMTC / C-76__
Current Place of Detention

__18-18 Hazen Street    East Elmhurst__
Institutional Address

__18-18 Hazen Street        NY         11370__
County, City               State      Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

Page 2

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

_Department of Corrections_

First Name          Last Name          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

Defendant 2:

First Name          Last Name          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

Defendant 3:

First Name          Last Name          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

Defendant 4:

First Name          Last Name          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _AMKC / KC-95_

Date(s) of occurrence: _March, 30 2020_

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

My name is Koky Plaza BKC: 3492000075 Detainee NYC DOC Dorm 9 mod whom who may concern cause since I Been on Risker's Island I have witness the Corona Virus 19 a Dease that have infected the poplution killed people on Risker's Island Inmates and Correctional's Officers alike. Now I am on Risker's Island for a vioaltion of parole which my parole max out Date is on, and ends on March 30, 2020. I have spended a extra Date's on Risker's Island which today date is now March 30, 2020 I Don't no how long I'm I going to Be here. My life is in danger, My safety is in danger cause of the Corona Virus 19 the Dease that is killing Correctional Officers and Inmates. I ask that I Be remove from Riskers Island from any Jail may have to Corona Virus 19 no answer so far. I Do not want to Die or suffer in pain which I am suffering right now in pain cause of lost of food, headache stomach pain's no commissary no hygiene products, I have suffer alot on Risker's Island because of this Corona Virus, and my life as we speak is still in danger.

Page 4

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Stomach pain, extreme losing weight, losing mental & the ability. Emotional hurt and pshyical's. Injuries on elbrow foot, and knee not being treated anymore.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

March 30, 2020 / [signature]
Dated / Plaintiff's Signature

Cok / Xavier / Plaza
First Name / Middle Initial / Last Name

17-18 Hazen Street
Prison Address

Elmhurst / N.Y. / 11370
County, City / State / Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6



United States Courthouse
New York
500 Pearl Street
New York, N.Y. 10007

From Tim W
340-2000-975
18-18 Haren Street
Elmhurst, N.Y. 11370

USPS
SDNY