UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KOKY XAVIER PLAZA,

                Plaintiff,

-against-

DEPARTMENT OF CORRECTION,

                Defendant.

20-CV-3395 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

      Plaintiff, proceeding *pro se*, brings this action under 42 U.S.C. § 1983 regarding his detention at Rikers Island and his potential risk of contracting COVID-19. Plaintiff claims that he expected to be released on March 30, 2020, but that Defendant New York City Department of Correction (DOC) failed to do so. Although Plaintiff does not state the relief he seeks, it appears that Plaintiff seeks release.

      Plaintiff signed the complaint on March 30, 2020, and the Court received it on April 30, 2020. According to records maintained by the DOC,[1] however, Plaintiff was released from custody on April 9, 2020; he has not provided the Court with a new address.

      The Court therefore directs Plaintiff, within 30 days of the date of this order, to notify the Court in writing whether he intends to pursue this matter. Because Plaintiff has not notified the Court of his new address, this order will be sent to the Rikers address provided in the complaint. If Plaintiff does not comply with this order within the time provided, the Court will dismiss this action without prejudice under Rule 41(b) for failure to prosecute.

      In light of the current global health crisis, parties proceeding *pro se* are encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. *Pro se* parties also

---

[1] http://a073-ils-web.nyc.gov/inmatelookup/pages/common/find.jsf.

are encouraged to consent to receive all court documents electronically. A consent to electronic service form is available on the Court's website. *Pro se* parties who are unable to use email may submit documents by regular mail or in person at the drop box located at the U.S. Courthouses in Manhattan (500 Pearl Street) and White Plains (300 Quarropas Street). For more information, including instructions on this new email service for *pro se* parties, please visit the Court's website at nysd.uscourts.gov.

## CONCLUSION

The Court directs Plaintiff, within 30 days of the date of this order, to notify the Court in writing whether he intends to pursue this matter.

A copy of this order is to be mailed in chambers.

SO ORDERED.

Dated:   May 12, 2020
         New York, New York

*Louis L. Stanton*
Louis L. Stanton
U.S.D.J.