UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KOKY XAVIER PLAZA,

                       Plaintiff,

       -against-

DEPARTMENT OF CORRECTION,

                       Defendant.

20-CV-3395 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

      By order dated May 12, 2020, the Court directed Plaintiff to notify the Court in writing whether he intended to pursue this matter. In the complaint, Plaintiff had sought release from custody, but by time the Court received the complaint, Plaintiff had already been released. The Court informed Plaintiff that if he did not comply with the order within thirty days, the Court would dismiss the action without prejudice for failure to prosecute. Plaintiff did not respond to the order. Accordingly, the complaint is dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

      This order closes this case.

SO ORDERED.

Dated:  July 17, 2020
           New York, New York

                                                        *Louis L. Stanton*
                                                          Louis L. Stanton
                                                            U.S.D.J.