UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOKY XAVIER PLAZA,<br><br>                    Plaintiff,<br><br>-against-<br><br>DEPARTMENT OF CORRECTION,<br><br>                    Defendant. | 20-CV-3395 (LLS)<br><br>CIVIL JUDGMENT |

      Pursuant to the order issued July 17, 2020, dismissing the complaint,

      IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 20, 2020
             New York, New York

                                                        *Louis L. Stanton*
                                                         Louis L. Stanton
                                                            U.S.D.J.